Alex Asil Mashiri, Esq. (SBN 283798)
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

Attorney for Plaintiff:
FELIPE MAGALLON

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MAGALLON ) | Case No. 16-cv-1355-JM-JMA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF SETTLEMENT** |
| ) | |
| U.S. BANK; and DOES 1 through 20 ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff FELIPE MAGALLON ("Plaintiff") and Defendant U.S. BANK have reached a settlement.  The parties anticipate filing a joint motion dismissing the entire case with prejudice within 60 days.

Because Plaintiff has reached a settlement with all Defendants in this case, Plaintiff respectfully requests that all pleadings and filing requirements applicable to this case, as well as any scheduled hearings, including the ENE currently scheduled

for October 19, 2016 at 10:00 a.m., be vacated.

Respectfully submitted,

DATED:  October 18, 2016        **MASHIRI LAW FIRM**
                                A Professional Corporation

                                By: /s/ Alex Asil Mashiri
                                Alex Asil Mashiri
                                Attorney for Plaintiff,
                                FELIPE MAGALLON

**MASHIRI LAW FIRM**
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500694
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939

- 2 -
NOTICE OF SETTLEMENT