Alex Asil Mashiri, Esq. (SBN 283798)
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

Attorney for Plaintiff:
FELIPE MAGALLON

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MAGALLON, <br><br> Plaintiff, <br><br> vs. <br><br> U.S. BANK; and DOES 1 through 20 <br><br> Defendants. | Case No. 16-cv-1355-JM-JMA <br><br> **JOINT MOTION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7.2, Plaintiff FELIPE MAGALLON and Defendant U.S. BANK jointly move the Court to dismiss the entire case with prejudice. Each party to bear their own respective attorney's fees, expenses and costs.

DATED: November 29, 2016              **MASHIRI LAW FIRM**
                                      A Professional Corporation

                                      By: /s/Alex Asil Mashiri
                                          Alex Asil Mashiri
                                          Attorney for Plaintiff,
                                          FELIPE MAGALLON

| | |
|---|---|
| DATED: November 29, 2016 | **DUANE MORRIS LLP** |
| | By: <u>/s/ Elizabeth R. Favret</u><br>Elizabeth R. Favret<br>Attorney for Defendant,<br>U.S. BANK |

## SIGNATURE CERTIFICATION

Pursuant to Section 2.f.4 of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Ms. Elizabeth R. Favret, counsel for Defendant and that I have obtained Ms. Favret's approval for her electronic signature to this document.

| | |
|---|---|
| DATED: November 29, 2016 | **MASHIRI LAW FIRM**<br>A Professional Corporation<br><br>By: <u>/s/Alex Asil Mashiri</u><br>Alex Asil Mashiri<br>Attorney for Plaintiff,<br>FELIPE MAGALLON |

**MASHIRI LAW FIRM**
A Professional Corporation
11251 RANCHO CARMEL DR. # 500694
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939