UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MAGALLON,<br><br>                              Plaintiff,<br><br>v.<br><br>U.S. BANK and DOES,<br><br>                              Defendant. | Case No.: 16cv1355 JM (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** |

On October 16, 2016, Plaintiff filed a notice of settlement. (Doc. No. 8.) On November 29, 2016, the parties filed a joint motion to dismiss this action with prejudice. (Doc. No. 11.) Pursuant to the parties' motion, the court dismisses this action in its entirety with prejudice. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

DATED: November 29, 2016

JEFFREY T. MILLER
United States District Judge